```
FRED N. DAWSON
Attorney at Law
Ca. St. Bar No. 43306
P.O. Box 400
Fair Oaks, CA 95628
Telephone: (916) 498-1300

Attorney for Defendant
ERICA BURGESS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-05-290 WBS |
| Plaintiff, | ) | WAIVER OF |
| | ) | DEFENDANT'S PRESENCE |
| v. | ) | |
| ERICA BURGESS, et al., | ) | |
| Defendants. | ) | |

Defendant, ERICA BURGESS, having been fully informed regarding the Waiver of Defendant's Presence, hereby waives the right to be personally present in open court upon the hearing of any motion or other proceeding in this case, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court in open court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.  Defendant BURGESS hereby requests the court to proceed during every absence of hers which the court may permit pursuant to this waiver; agrees that her interest will be deemed represented at all times by the presence of her attorney, the same as if defendant BURGESS were personally present; and further

agrees to be present in court ready for trial any day and/or hour the court may fix in her absence.

    Defendant BURGESS acknowledges that she has been informed of her rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act; hereinafter the Act), and authorizes her attorney to set times and delays under the Act without defendant being present.

Dated:                            _____
                                    ERICA BURGESS

                                    _____
                                    _____

    APPROVED AS TO FORM:

Dated:                            _____
                                    FRED N. DAWSON
                                    Attorney for Defendant
                                    Erica Burgess

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERICA BURGESS, et al.,<br><br>    Defendants.<br>_____ | No. CR.S-05-290 WBS<br><br>ORDER |

GOOD CAUSE APPEARING, DEFENDANT'S REQUEST FOR WAIVER OF PRESENCE IS HEREBY GRANTED.

**IT IS SO ORDERED.**

DATED: August 9, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1